UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    20-Cr-220 (SHS)

    -v-                                                                  ORDER

LUIS TORRES,

        Defendant(s).

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    At the request of the government in a letter dated April 30, 2020 [Doc. No. 10],

    IT IS HEREBY ORDERED that:

    1.    The conference scheduled for May 3 is adjourned to June 9, 2020, at 12:00 p.m.; and

    2.    The time between today and June 9, 2020, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, so that the defendant can review discovery, the parties can discuss possible pretrial dispositions, and so that the parties can proceed safely given the COVID-19 health crisis.

Dated: New York, New York
       April 30, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.