LAW OFFICES OF
# GARY G. BECKER, P.L.L.C.

747 THIRD AVENUE · 20TH FLOOR
NEW YORK, NEW YORK 10017

(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

September 8, 2020

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Luis Torres, 20 Cr. 220 (SHS)**

Dear Judge Stein:

A status conference is scheduled in this matter for September 10, 2020, at 11 a.m. In light of the COVID-19 pandemic, I respectfully request on behalf of Luis Torres that the Court adjourn the status conference for approximately 60 days. Mr. Torres has been detained at the Metropolitan Correctional Center since his arrest and my access to him has been quite limited since the onset of the pandemic. This has substantially impaired my ability to review discovery with Mr. Torres, confer with him meaningfully, and engage in discussions with the Government regarding a possible pre-trial disposition. For these reasons, and so the parties can proceed safely given the COVID-19 health crisis, I request that the conference be adjourned and I consent to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161 until the newly scheduled conference date.

I have conferred with Assistant United States Attorney Jamie Bagliebter and, on behalf of the Government she consents to this request.

Respectfully submitted,

Gary G. Becker

cc: Jamie Bagliebter, Assistant United States Attorney

The conference is adjourned to December 9, 2020, at 2:30 p.m. The time is excluded from today through December 9, 2020. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

Dated: New York, New York

September 8, 2020