LAW OFFICES OF
**GARY G. BECKER, P.L.L.C.**
40 FULTON STREET · 17th FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

## MEMO ENDORSED

November 4, 2021

Honorable Sidney H. Stein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Luis Torres, 20 Cr. 220 (SHS)*

Dear Judge Stein:

I am counsel to Luis Torres, having been appointed pursuant to the Criminal Justice Act in January 2020. Since my appointment, I have expended considerable time and effort on Mr. Torres's behalf. Accordingly, I respectfully request that the Court authorize my submission of interim CJA vouchers in this matter.

Respectfully submitted,

Gary G. Becker

Request to submit interim CJA vouchers is granted.

Dated:  New York, New York
        November 5, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.