UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-220 (SHS) |
| -against- | : | ORDER |
| LUIS TORRES, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that there will be a conference regarding defendant's bail on March 3, 2023, at 11:30 a.m.

Dated: New York, New York
      March 2, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.