UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>LUIS TORRES,<br><br>                          Defendant. | 20-CR-220 (SHS)<br><br>**ORDER** |

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the above defendant's bail is revoked and he is remanded to the custody of the U.S. Marshal for the Southern District of New York. The institution to which he is remanded is directed to conduct a prompt mental health evaluation.

Dated:  New York, New York
         March 22, 2023

                                      SO ORDERED:

                                      _____
                                      Sidney H. Stein, U.S.D.J.