UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-220 (SHS) |
| -against- | : | ORDER |
| LUIS TORRES, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that defendant's sentencing will be held on December 5, 2024, at 2:30 p.m.

Dated: New York, New York
       November 21, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.