USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LUIS TORRES,

Defendants.

1:20-cr-0220-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held an initial appearance based on a violation report submitted to the Court by the Probation Office on Tuesday, May 6, 2025 at 2 PM. IT IS HEREBY ORDERED that the parties shall order a transcript of the conference and provide it to the Court.

IT IS FURTHER ORDERED that parties shall appear for a status conference on Wednesday, June 11, 2025 at 3:00 PM.

IT IS FURTHER ORDERED that on or before Wednesday, June 4, 2025, the parties shall file a status report advising the Court on how they intend to proceed.

**SO ORDERED.**

**Date: May 6, 2025**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**