USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LUIS TORRES,

Defendants.

1:20-cr-0220-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

Defendant was presented before Magistrate Judge Figueredo based on a violation report on Friday, September 10, 2025. IT IS HEREBY ORDERED that the parties shall order a transcript of the conference and provide it to the Court.

IT IS FURTHER ORDERED that parties shall appear for an initial appearance on Friday, October 3, 2025 at 12:00 PM.

**SO ORDERED.**

Date:  **September 15, 2025**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**